

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2020

No. 04-19-00647-CR

Reynaldo **POLENDO,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-9032
Honorable Jefferson Moore, Judge Presiding

## O R D E R

State's motion for extension of time is GRANTED. State's brief is due November 30, 2020.  No further extensions absent extraordinary circumstances.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2020.

MICHAEL A. CRUZ, Clerk of Court